RECEIVED
IN LAKE CHARLES, LA.

NOV 13 2013

TONY R. MOORE, CLERK
BY _____ _____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **INGRID S. CALHOUN** | **CIVIL ACTION NO.  2:13-cv-1149** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **WEST LOUISIANA HEALTH SERVICES, INC. D/B/A BEAUREGARD MEMORIAL HOSPITAL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted.  Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly, it is

**ORDERED** that mover, West Louisiana Health Services, Inc., d/b/a Beauregard Memorial Hospital, be awarded attorney's fees in the amount of $1000 to be paid by plaintiff within fourteen days of the date of this order.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this _13th_ day of _November_, 2013.

_____
**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT JUDGE**